Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-246

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
February 03, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Book |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | November 13, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kristy Beth Patterson |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kristy Beth Patterson |
| | 206 North May Street, Guymon, OK, 73942, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Background of Dictionary Page of Random House Dictionary of the English Language, Copyright 1983 having ISBN 10: 0394500504 and ISBN 13: 9780394500508 |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kristy Beth Patterson |
| **Email:** | kristypatt@gmail.com |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-297

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
February 05, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Nurse |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | May 10, 2013 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kristy Beth Patterson |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kristy Beth Patterson<br>206 North May Street, Guymon, OK, 73942, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Background of Dictionary Page of Webster's New World Dictionary Elementary Edition, Copyright 1971 having ISBN 10: 0139444882 and ISBN 13: 9780139444883 |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kristy Beth Patterson |
| **Email:** | kristypatt@gmail.com |

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-375

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
February 05, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Music |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 01, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Kristy Beth Patterson |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Kristy Beth Patterson |
| | 206 North May Street, Guymon, OK, 73942, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Background of Dictionary Page of Webster's New World Dictionary Elementary Edition, Copyright 1971 having ISBN 10: 0139444882 and ISBN 13: 9780139444883 |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Kristy Beth Patterson |
| **Email:** | kristypatt@gmail.com |

## Certification

