**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kristy Beth Patterson

Plaintiff,

v.

Case No.: 1:26−cv−03935
Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 1, 2026:

MINUTE entry before the Honorable Edmond E. Chang: On review of the default−judgment motion, R. 24 at 3−4, it is not clear from the personal−jurisdiction section of the brief whether there is evidence that the Defendant sold an infringing good into Illinois. Under Liu v. Monthly, 170 F.4th 1090, 109394 (7th Cir. 2026), the Plaintiff must be able to show at least one sale of an infringing product into Illinois to establish personal jurisdiction. Perhaps discovery from the online platform revealed a sale. The Court raises this issue on its own given the ex parte, non−adversarial presentation at this stage of the case. Federal courts must carefully review filings when presented by just one side in an ex parte setting. See American Can Co. v. Mansukhani, 742 F.2d 314, 325 (7th Cir. 1984) (explaining that courts must "carefully consider" the need for TROs given the ex parte context); In re Grand Jury Proceedings of Special April 2002 Grand Jury, 347 F.3d 197, 205 (7th Cir. 2003) (explaining that the court had "conducted a careful in camera and ex parte review" of the record). The Plaintiff shall file a supplement addressing this issue by 10/15/2026. The tracking status hearing of 10/02/2026 is reset to 10/23/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.