AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 1:26-cv-03935 | DATE FILED 4/9/2026 | Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Kristy Beth Patterson | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | 10/16/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | J. Scales | 10/19/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-381-246**

**Effective Date of Registration:**
November 03, 2023

**Registration Decision Date:**
February 03, 2024

## Title

**Title of Work:** Book

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 13, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristy Beth Patterson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristy Beth Patterson
206 North May Street, Guymon, OK, 73942, United States

## Limitation of copyright claim

**Material excluded from this claim:** Background of Dictionary Page of Random House Dictionary of the English Language, Copyright 1983 having ISBN 10: 0394500504 and ISBN 13: 9780394500508

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Kristy Beth Patterson
**Email:** kristypatt@gmail.com

## Certification


bon ton
bookmobile
Book

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-381-297**

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
February 05, 2024

## Title

**Title of Work:** Nurse

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 10, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristy Beth Patterson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristy Beth Patterson
206 North May Street, Guymon, OK, 73942, United States

## Limitation of copyright claim

**Material excluded from this claim:** Background of Dictionary Page of Webster's New World Dictionary Elementary Edition, Copyright 1971 having ISBN 10: 0139444882 and ISBN 13: 9780139444883

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Kristy Beth Patterson
**Email:** kristypatt@gmail.com

## Certification


478
Oahu
Nurse

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-381-375**

**Effective Date of Registration:**
November 03, 2023
**Registration Decision Date:**
February 05, 2024

## Title

**Title of Work:** Music

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 01, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Kristy Beth Patterson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Kristy Beth Patterson
206 North May Street, Guymon, OK, 73942, United States

## Limitation of copyright claim

**Material excluded from this claim:** Background of Dictionary Page of Webster's New World Dictionary Elementary Edition, Copyright 1971 having ISBN 10: 0139444882 and ISBN 13: 9780139444883

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Name:** Kristy Beth Patterson
**Email:** kristypatt@gmail.com

## Certification


mustang
Music
music box

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kristy Beth Patterson

Plaintiff,

v.

Case No.: 1:26−cv−03935

Honorable Edmond E. Chang

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2026:

MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), R. 34, the case is dismissed without prejudice. If the Plaintiff refiles the claim against the same Defendant, then the Plaintiff must note on the Civil Cover Sheet that it is a refiling of a previously dismissed case. The motion for default judgment [23] is terminated. The tracking status hearing set for 10/23/2026 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ J. SCALES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 19, 2026